IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OCTAVIOUS LOGGINS                                                                           PLAINTIFF

vs.                                  Civil No. 1:13-cv-1006

SHERIFF MIKE MCGOUGH;
LT. GREER; and JUDGE VANHOOK                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 26, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that the above-styled case be dismissed for failure to state cognizable claims under section 1983. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g). Therefore, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 16th day of October, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District